# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Zenergy, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Statoil Oil & Gas LP, | ) | Case No. 4:14-cv-002 |
| Defendant. | ) | |

The court held a status conference with the parties on May 13, 2015. Pursuant to the parties' discussions, any remaining pretrial deadlines shall be held abeyance. In addition, the final pretrial conference scheduled for May 19, 2015, shall be cancelled with the understanding that it will be rescheduled at a future date.

**IT IS SO ORDERED.**

Dated this 14th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court